**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES HAVASSY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **KELLER WILLIAMS REALTY, INC.,** | : | |
| **PETER HEWITT and KELLY HOUSTON** | : | **NO. 21-4608** |

## ORDER

**NOW**, this 29th day of September, 2022, upon consideration of Defendant Keller Williams Realty, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue and Pursuant to the First-Filed Rule, or, in the Alternative, Defendant's Motion to Transfer, or Additionally, in the Alternative, Defendant's Motion to Dismiss Because of Release of Waiver Rights (Doc. No. 25), the plaintiff's response, and the reply, it is **ORDERED** that the motion is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Western District of Texas to be consolidated with *Wright v. Keller Williams Realty, Inc.*, C.A. No. 18-775.

/s/ TIMOTHY J. SAVAGE J.