IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES HAVASSY** *individually, and on behalf of all others similarly situated* | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **KELLER WILLIAMS REALTY, INC., PETER HEWITT and KELLY HOUSTON** | : | NO. 21-4608 |

## ORDER

**NOW**, this 15th day of April, 2024, upon consideration of Defendant Keller Williams Realty, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative, Defendant's Motion to Dismiss Because of Release and Waiver (Doc. No. 58), the plaintiff's response, and the defendant's reply, and after oral argument, it is **ORDERED** that the motion is **DENIED.**

**IT IS FURTHER ORDERED** that the defendant Keller Williams Realty, Inc. shall file an Answer to the Second Amended Complaint no later than **May 3, 2024**.

TIMOTHY J. SAVAGE, J.